UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 13 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

Fernando Barajas
_____
(Name of plaintiff or plaintiffs)

Judge Clark
Judge Giblin

MISC NO. _____

vs

CIVIL ACTION NO. 1:10CV0565

Atlanta CSO Constructors
or Obayashi Corporation
_____
(Name of defendant or defendants)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5 (g).

2. Plaintiff, __Fernando Barajas__, is a citizen of the United States
   (Name of Plaintiff)
   and resides at __3954   15 th   St__, __Port Arthur__,
   (Street Address)                                       (City)
   _____, __Texas__, __77642__, __678-521-0279__.
   (County)    (State)    (Zip)    (Telephone)

3. Defendant, __Atlanta CSO Constructors__ lives at, or its business is
   (Name of Defendant)
   located at __1870   The Exchange  Suite 250   Atlanta__,
              (Street Address)                    (City)
   _____, __GA__, __30339__.
   (County)    (State)    (Zip)

4. Plaintiff sought employment from the defendant or was employed by the defendant at

   2549 Chattahoochee Circle, Atlanta GA , _____ , GA , 30318 .
   (Street Address)     (City)    (County)  (State)  (Zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about  10  of  September , 2007 .
   (Day)   (Month)   (Year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity

   Commission charging defendant with the acts of discrimination indicated in paragraphs 9

   and 10 of this complaint on or about _____ of _____, _____.
   (Day)   (Month)   (Year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received

   by plaintiff on  02  of  September , 2010 .
   (Day)  (Month)  (Year)

8. Because of plaintiff's (1) __X__ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, defendant:

   (a) _____ failed to employ plaintiff.

   (b) _____ terminated plaintiff's employment.

   (c) _____ failed to promote plaintiff.

   (d) discriminated against my because of my national origin and because speak Spanish

2

Defendant #3: _____

_____

_____

Defendant #4: _____

_____

_____

## IV. STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages if necessary.)

I. I began my employment with the above-named employer in May 2004 as a TBM Mechanic. I have been subjected to verbal harassment and intimidation by Management. On September 4, 2007, during a safety meeting, Supervisor, Tom Brown (caucasian) used profane language referring to Hispanic employees. On September 10, 2007, Mr. Brown prohibited Hispanic employees from speaking Spanish in the workplace. I resigned on November 01, 2007.

II. MR. BROWN STATED THAT HE WAS NOT GOING TO ALLOW HISPANIC EMPLOYEES TO SPEAK SPANISH IN THE WORKPLACE BECAUSE HE WAS NOT GOING TO WORK WITH "GARBAGE" DURING HIS SHIFT.

III. I believe that I have been discriminated against because of my national origin (MEXICAN) in violation of TITLE VII of the Civil Rights Act of 1964, as amended.

IV. I believe that Hispanic employees as a class are being treated differently than non-Hispanic employees.

9. The circumstances under which the defendant discriminated against plaintiff were as follows: _I began my employment in May 2004 as a TBM Mechanic on 2007 during safety meeting supervisor, MR Tom brown prohibited Hispanic employees from sepeaking Spanish in the work place_

10. The acts set forth in paragraph 9 of this complaint:

    (a) ⟵ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) ✗ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) _____ Defendant be directed to _Settlement_ and that the Court grant such relief as may be appropriate, including injunctive order, damages, costs and attorney's fees.

_Fernando Barajas_
(SIGNATURE OF PLAINTIFF)

3