IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **FERNANDO BARAJAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10-CV-565 |
| | § | |
| **OBAYASHI CORP.** and | § | |
| **ATLANTA CSO CONSTRUCTORS,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's Rule 41(a) Stipulation of Dismissal [doc. #12]. In the stipulation, the plaintiff requests that the Court dismiss his claims with prejudice.

It is **ORDERED** that the Stipulation of Dismissal [doc. #12] is accepted by the Court. The Court further **ORDERS** that plaintiff's claims and causes of action against the defendants are **DISMISSED** in their entirety with prejudice.

This proceeding is **CLOSED**, with the costs of court to be assessed against each party incurring the same. Any pending motions are **DENIED** as **MOOT**. The Court retains jurisdiction to enforce any settlement.

So **ORDERED** and **SIGNED** this **10** day of **February, 2011.**

Ron Clark, United States District Judge